UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JENNIFER GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-1310 (EGS) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| UNITED STATES ARMY CRIMINAL | ) | |
| INVESTIGATION COMMAND, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT AND
## RECOMMENDATION FOR FURTHER PROCEEDINGS

Pursuant to the Court's March 2, 2011 Minute Order, the parties provide the following updated status and recommendation:

1. Plaintiff's counsel provided a letter regarding his request for attorney fees on March 11, 2011. After initial discussions, Plaintiff's counsel submitted additional detailed information on March 17, 2011.

2. Defendants are currently reviewing Plaintiff counsel's request, however, the proposal must be processed through several levels of review and approval. Therefore, Defendants will need more time to address the issues concerning attorney fees in this case.

3. The parties respectfully request an additional 30 days, up to and including April 29, 2011, for the parties to attempt to resolve the remaining issues concerning Plaintiff's counsel's request for attorney fees. If approved by the Court, the parties will submit a joint status report on or before April 29, 2011, indicating either that the issues surrounding attorney fees have been resolved or that an agreement could not be reached and the parties will propose a

briefing schedule.

For these reasons, the parties jointly request that the Court approve the parties' recommendation as to further proceedings. A proposed order is attached hereto.

Respectfully submitted,

| | |
|---|---|
|   /s/   <br> MARK ZAID <br> MARK S. ZAID, PC <br> 1250 Connecticut Avenue, NW <br> Suite 200 <br> Washington, D.C. 20036 <br> (202) 454-2809 <br> FAX: (202) 330-5310 <br> Mark@MarkZaid.com <br><br> *(Attorney for Plaintiff)* | RONALD C. MACHEN JR., DC Bar #447889 <br> United States Attorney for the District of <br>  Columbia <br><br> RUDOLPH CONTRERAS, D.C. Bar #434122 <br> Chief, Civil Division <br><br> By:   /s/   <br>      JOHN G. INTERRANTE <br>      PA Bar # 61373 <br>      Assistant United States Attorney <br>      Civil Division <br>      555 4th Street, N.W., Room E-4806 <br>      Washington, D.C. 20530 <br>      (202) 514-7220 <br>      (202) 514-8780 (fax) <br>      John.Interrante@usdoj.gov <br><br> Of Counsel: <br><br> Major Toshene Fletcher <br> U.S. Army Litigation Division <br> 901 N. Stuart St., Suite 400 <br> Arlington, VA 22203 <br> (703) 696-1618 <br><br> *(Attorneys for Defendants)* |