UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JENNIFER GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-1310 (EGS) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| UNITED STATES ARMY CRIMINAL INVESTIGATION COMMAND, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

Plaintiff, Jennifer Gray, and Defendants, United States Army Criminal Investigation Command and Department of the Army, by and through undersigned counsel, hereby settle and compromise the above-entitled lawsuit brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and stipulate and agree to the following provisions:

1. On May 13, 2009, Plaintiff emailed a written request to the Department of the Army FOIA Office for a copy of "CID Case #SSI-0076-2008-CID221-30123-8P2 that pertains to illegal computer access of Jennifer Gray's military email account by Arlington National Cemetery officials." Plaintiff made two additional FOIA requests seeking this same information. Each request was denied in its entirety on the basis of FOIA Exemptions 6, 7(A), and 7(C), 5 U.S.C. § 552(b)(6), (b)(7)(A), (b)(7)(C).

2. Plaintiff filed suit in this Court on July 15, 2009 (ECF No. 1) seeking an order directing Defendants to disclose the requested records in their entirety and make electronic copies promptly available to her, as well as reasonable costs and attorneys' fees. On November 9, 2009, Plaintiff filed an amended complaint (ECF No. 9). On November 24, 2009, Defendants

filed a motion for summary judgment (ECF No. 10), relying on the same exemptions identified in their earlier response to Plaintiff's FOIA requests.

3. By Memorandum Opinion and Order dated September 30, 2010 (ECF No. 19), this Court denied Defendants' Motion for Summary Judgment. Defendants have since disclosed responsive records in a series of releases. Plaintiff has, in turn, reviewed the disclosed records and is satisfied with the production.

4. Defendants shall promptly pay $12,451.50 (twelve thousand four hundred fifty-one dollars and 50 cents) in attorneys' fees and costs. Payment of this money will be made by electronic funds transfer promptly after notification of the Court's entry of this Stipulation, and counsel for Plaintiff will provide the necessary information to counsel for Defendants to effectuate the transfer.

5. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceedings that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA requests in this case.

6. This Stipulation of Settlement does not constitute an admission of liability or fault on the part of Defendants, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

8. The Court retains jurisdiction over enforcement of any of the provisions of this Stipulation of Settlement.

9. Execution and filing of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendants constitutes a dismissal of this lawsuit, with prejudice, effective upon entry by the Court, pursuant to Rule 41(a)(1)(ii). Any and all remaining issues are waived.

Respectfully submitted,

| | |
|---|---|
| __/s/_____<br>MARK S. ZAID, DC Bar # 440532<br>MARK S. ZAID, PC<br>1250 Connecticut Avenue, NW<br>Suite 200<br>Washington, D.C. 20036<br>Tel:   202.454.2809<br>Fax:   202.330.5310<br>Email: Mark@MarkZaid.com<br><br>(Counsel for Plaintiff) | RONALD C. MACHEN JR., DC Bar #447889<br>United States Attorney for the District of<br> Columbia<br><br>RUDOLPH CONTRERAS, DC Bar # 434122<br>Chief, Civil Division<br><br>By:      s/_____<br>     JOHN G. INTERRANTE<br>     PA Bar # 61373<br>     Assistant United States Attorney<br>     Civil Division<br>     555 4th Street, N.W., Room E-4806<br>     Washington, D.C. 20530<br>     Tel:    202.514.7220<br>     Fax:    202.514.8780<br>     Email:    John.Interrante@usdoj.gov<br><br>Of counsel:<br><br>Major Toshene Fletcher<br>U.S. Army Litigation Division<br>901 N. Stuart St., Suite 400<br>Arlington, VA 22203<br>Tel:   703.696.1618<br><br>(Counsel for Defendants) |

SO ORDERED this _____day of _____, 2011.

_____
EMMET G. SULLIVAN
United States District Judge